AO 442    (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE _____

UNITED STATES OF AMERICA

V.

JOHN WILSON

**WARRANT FOR ARREST**

Case Number: 02-CR-027-001-SLR

FILED MAY 19 2005    05 - 0297M - 01

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FILED 2005 MAY 13 AM 7:51 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    **JOHN WILSON**
                                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  **x** Probation Violation / Supervised Release

charging him or her    (brief description of offense)

### VIOLATION OF SUPERVISED RELEASE CONDITIONS

in violation of _____ United States Code, _____

PETER T. DALLEO
Name of Issuing Officer

Francesca Tassone
Signature of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

5/13/05    Wilmington, Delaware
Date and Location

Bail fixed at    NOT STATED    by _____
                                                    Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named    333 Const. Ave
Washington DC 20001
Reporting

| DATE RECEIVED 5-19-05 | NAME AND TITLE OF ARRESTING OFFICER Darlene TODD DUSM | SIGNATURE OF ARRESTING OFFICER Darlene Todd |
|---|---|---|
| DATE OF ARREST 5-19-05 | | |