PROB 12
(Rev 03/04)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 05-0297M-01 |
| ) | |
| vs. ) | Criminal Action No. 1:02CR00027-001-SLR |
| ) | |
| John Wilson, ) | |
| ) | |
| Defendant. ) | |

Petition on Probation and Supervised Release

COMES NOW Craig H. Carpenter Probation Officer of the Court presenting an official report upon the conduct and attitude of John Wilson, who was placed on supervision by the Honorable Sue L. Robinson, sitting in the court at Wilmington, DE. on the 9th day of January, 2003, who fixed the period of supervision at three years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Please See Attached

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

The defendant, John Wilson, was released from State of Virginia prison custody on April 4, 2005, to begin federal supervised release. A mandatory condition of supervised release requires the defendant to report in person to a probation office within 72 hours of release from custody. As of this date, the defendant has not reported to any U.S. Probation Office in any district. His current whereabouts are unknown. Mr. Wilson has absconded from supervised release.

**PRAYING THAT THE COURT WILL ORDER** a warrant for violation of supervised release.

ORDER OF COURT

So ordered this ___12th___
day
of __May__ 2005.

_____
U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

_____
Craig H. Carpenter, Senior U.S. Probation Officer

Place   Wilmington, Delaware

Date   May 4, 2005

Page 2
RE: John Wilson
May 4, 2005
Petition to Request a Warrant

05 - 0297M - 01

### Special Conditions

1. The defendant shall pay any financial penalty that is imposed by this judgement.

2. The defendant shall provide the probation officer with access to any requested financial information.

3. The defendant shall not incur any new credit charges.

4. The defendant shall participate in a drug aftercare treatment program which may include testing.

5. The defendant shall participate in a mental health treatment program.

6. The defendant shall participate in an educational/vocational program.

7. The defendant shall make restitution in the amount of $41,286.84 at a rate of no less than $25 per month for 36 months.

CERTIFIED: 5/13/05
AS A TRUE COPY:
ATTEST:
PETER T. DALLEO, CLERK
BY _____
Deputy Clerk