**United States District Court**
**For the District of Columbia**
333 Constitution Avenue, NW
Washington, D.C. 20001
Date: 6/16/05

Nancy Mayer-Whittington
Clerk of the Court

FILED
JUL 0 7 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RECEIVED
JUN 2 7 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

J. Caleb Boggs Federal Building
Lockbox 18
844 North King Street
Wilmington, DE 19801-3570

RE: Mag.No: 05-297-01
John Wilson

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| X | Docket Sheet | | Warrant of Removal |
| X | Complaint | X | Order of Removal |
| | Minute Order Appointing Counsel | | Detention Order |
| | Corporate Surety Bond | X | Waiver of Removal |
| | PR Bond | | |
| X | Other: Blotter dated 5/19/05. | | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Nancy Mayer-Whittington,
Clerk of the Court

By: _____
Deputy Clerk